AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Rhonda Hambrick, and George Hambrick, III et al.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-12,

City of Savannah, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/29/14, granting the defendants' motions for summary judgment, judgment is hereby entered dismissing the case.

| | |
|---|---|
| 9/29/14 | Scott L. |
| *Date* | *Clerk* |
| | |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03